UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES LEE CALLAHAN, JR.,

    Defendant.
_____/

Case No. 1:25-cr-92

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

On November 25, 2025, the Court entered a Preliminary Order of Forfeiture stating that Defendant James Lee Callahan, Jr. "pled guilty to Count 1 of the Indictment, which charged him with possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)," and further stated that "pursuant to the plea agreement filed by the parties, the Defendant has consented to the forfeiture of his interest" in certain property listed in the Order (*see* Preliminary Order of Forfeiture, ECF No. 33 at PageID.140).

On December 8, 2025, the government filed a notice indicating that it had received a third-party petition pursuant to 21 U.S.C. § 853(n) asserting an ownership interest in property listed in the Preliminary Order of Forfeiture (*see* Correspondence, ECF Nos. 35, 35-1).  Section 853(n) permits a person asserting a legal interest in forfeited property to petition the court for a hearing to "adjudicate the validity of his alleged interest in the property."  *See* 21 U.S.C. § 853(n)(2).  "The hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of the petition."  *Id.* § 853(n)(4).  The Court set a hearing for January 6, 2026 (Order, ECF No. 36).

On December 16, 2025, the government filed a Notice of Settlement Agreement (ECF No. 37) stating that Ericka Hicks, the third-party claimant at issue here, had executed a settlement agreement with the government resolving her third-party petition (*see* Executed Settlement Agreement, ECF No. 37-1).

Accordingly:

**IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal of the third-party petition submitted by Ericka Hicks (ECF No. 35-1), pursuant to the settlement agreement executed by the parties, not later than January 13, 2026.

**IT IS FURTHER ORDERED** that the January 6, 2026 hearing on the third-party petition filed by Ericka Hicks is hereby ADJOURNED.

Dated: December 26, 2025     /s/ Jane M. Beckering
                              JANE M. BECKERING
                              United States District Judge